HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY HOFFERT and PRASHANT SHARAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NINTENDO OF AMERICA INC.,

Defendant.

Case No. 2:26-cv-01360-RAJ

DEFENDANT'S MOTION TO SEAL CONFIDENTIAL MATERIAL SUBMITTED WITH DEFENDANT'S MOTION TO COMPEL ARBITRATION

NOTE ON MOTION CALENDAR:
August 10, 2026

Defendant Nintendo of America Inc. ("Nintendo") is concurrently filing a Motion to Compel Arbitration (the "Motion"). To support its position that arbitration is warranted, the Motion and supporting declarations ("Declarations") contain Plaintiff Gregory Hoffert's personally identifying information, including Mr. Hoffert's date of birth, email address, account nickname, and associated account access information. Pursuant to LCR 5(g) and to protect the confidentiality of this information, Nintendo moves to seal certain references in the Motion and Declarations. Disclosure of this confidential information is unnecessary for the public's understanding of the proceedings and, if otherwise disclosed, may impact Mr. Hoffert's privacy.

**Conferral:** Counsel for the parties conferred on sealing on July 17, 2026 by telephone. Counsel for Mr. Hoffert agreed that redaction of the portions of the Motion and Declarations that

DEFENDANT'S MOTION TO SEAL - 1
CASE NO. 2:26-cv-01360-RAJ

include Mr. Hoffert's date of birth, email address, account nickname, and associated account access information is appropriate.

## ARGUMENT AND AUTHORITY

### A.    Legal Standard.

When deciding a motion to seal, courts "start with a strong presumption in favor of access to court records." *Vance v. Amazon.com, Inc.*, No. C20-1084, 2022 WL 93331, at *1 (W.D. Wash. Jan. 10, 2022) (quoting *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). This presumption is not, however, absolute and "can be overridden given sufficiently compelling reasons for doing so." *Id.*   Sealing of a nondispositive motion requires a showing of good cause under Rule 26(c). *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Good cause exists where "specific prejudice or harm will result if no protective order is granted." *Phillips ex rel. Ests. Of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2022).

### B.    Nintendo Takes No Position but Does Not Oppose Sealing Mr. Hoffert's Personally Identifying Information.

Pursuant to LCR 5(g)(3)(B), Nintendo takes no position on the confidentiality of Mr. Hoffert's personally identifying information.  At the same time, Nintendo does not oppose sealing, via redaction, Mr. Hoffert's date of birth, email address, account nickname, and associated account access information.   The burden is on Mr. Hoffert to confirm good cause for maintaining confidentiality, that there is little public need for disclosure of this information, and that there is no less restrictive alternative to Nintendo's proposed sealing/redaction.

## CONCLUSION

Subject to Mr. Hoffert meeting his burden under LCR 5(g), good cause exists at this stage to seal the confidential personally identifying information of Mr. Hoffert in Nintendo's Motion and Declarations.  Nintendo requests that the Court grant its motion and seal the redacted portions of the Motion and Declarations.

*I certify that this memorandum contains 426 words, in compliance with the Local Civil Rules.*

DEFENDANT'S MOTION TO SEAL - 2
CASE NO. 2:26-cv-01360

DATED: July 20, 2026

STOEL RIVES LLP

*/s/ Vanessa Soriano Power*
Vanessa Soriano Power (WSBA No. 30777)
**STOEL RIVES LLP**
600 University St.
Ste 3600
Seattle, WA 98101
Tel: (206) 624-0900
vanessa.power@stoel.com

Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
astein@jenner.com
cmitchell@jenner.com

Alexander M. Smith (*Pro Hac Vice*)
**JENNER & BLOCK LLP**
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel: (213) 239-5100
asmith@jenner.com

Adam Unikowsky (*Pro Hac Vice Forthcoming*)
**JENNER & BLOCK LLP**
1099 New York Avenue NW, Suite 900
Washington, DC, 20001-4412
Tel: (202) 639-6041
aunikowsky@jenner.com

*Attorneys for Defendant Nintendo of America Inc.*

DEFENDANT'S MOTION TO SEAL - 3
CASE NO. 2:26-cv-01360