HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY HOFFERT and PRASHANT SHARAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NINTENDO OF AMERICA INC.,

Defendant.

Case No. 2:26-cv-01360-RAJ

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

The Court, having considered Defendant Nintendo of America Inc.'s ("Nintendo") Motion to Compel Arbitration ("Motion") together with any opposition and/or reply, finds and orders:

1.    Plaintiff Gregory Hoffert entered into binding agreements containing enforceable arbitration provisions.

2.    The Court **GRANTS** Nintendo's Motion to Compel Plaintiff Hoffert to arbitrate his claims.  Plaintiff Hoffert is ordered to submit his claims to arbitration.

3.    With respect to Plaintiff Hoffert, this case is stayed pending resolution of arbitration.

SO ORDERED this _____ day of _____, 2026.

_____
Honorable Richard A. Jones
U.S. District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION - 1; CASE NO. 2:26-cv-01360-RAJ

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

Presented by:

**STOEL RIVES LLP**

*/s/ Vanessa Soriano Power*
Vanessa Soriano Power (WSBA No. 30777)
**STOEL RIVES LLP**
600 University St.
Ste 3600
Seattle, WA 98101
Tel: (206) 624-0900
vanessa.power@stoel.com

Alison I. Stein (*Pro Hac Vice*)
Cayman C. Mitchell (*Pro Hac Vice*)
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
astein@jenner.com
cmitchell@jenner.com

Alexander M. Smith (*Pro Hac Vice*)
**JENNER & BLOCK LLP**
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel: (213) 239-5100
asmith@jenner.com

Adam Unikowsky (*Pro Hac Vice Forthcoming*)
**JENNER & BLOCK LLP**
1099 New York Avenue NW, Suite 900
Washington, DC, 20001-4412
Tel: (202) 639-6041
aunikowsky@jenner.com


*Attorneys for Defendant Nintendo of America Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
ARBITRATION - 1; CASE NO. 2:26-cv-01360-RAJ