UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY HOFFERT and PRASHANT SHARAN, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>NINTENDO OF AMERICA INC.,<br><br>               Defendant. | Case No. 2:26-cv-01360-RAJ<br><br>DECLARATION OF CAYMAN C. MITCHELL IN SUPPORT OF DEFENDANT NINTENDO OF AMERICA INC.'S MOTION TO COMPEL ARBITRATION |

DECLARATION OF
CAYMAN C. MITCHELL - i
CASE NO. 2:26-cv-01360

I, Cayman C. Mitchell, declare as follows:

1. I am over the age of eighteen and competent to testify to matters in this Declaration. I make this Declaration on the basis of my personal knowledge, and I could and would testify to the matters set forth in this Declaration if called upon to do so.

2. I am a Partner at the law firm Jenner & Block LLP, and am one of the attorneys representing Defendant Nintendo of America Inc. ("Nintendo") in this action. I submit this Declaration in support of Nintendo's Motion to Dismiss and Motion to Compel Arbitration (the "Motions").

**Plaintiff Hoffert**

3. Before filing Nintendo's Motions, on behalf of Nintendo I requested that Plaintiffs identify their email addresses so that Nintendo could investigate the allegations in Plaintiffs' complaint.

4. Plaintiffs' counsel identified Plaintiff Gregory Hoffert's email address as ██████████████ .

5. Jenner & Block LLP conducted a public records search for Mr. Hoffert. Public records indicate that Mr. Hoffert's date of birth is ████████ .

**Meet and Confer on Nintendo's Motions**

6. On July 20, 2026, I met and conferred with counsel for Plaintiffs concerning the Motions via Zoom. My partner Alex Smith and I attended on behalf of Nintendo, and Jason Dennett attended on behalf of Plaintiffs.

7. I sent an email to Plaintiffs' counsel in advance of the call discussing the substantive grounds for Nintendo's Motions, and I walked through the substance of both Motions during the call. I also discussed with Plaintiffs' counsel whether the Motions or any portion thereof could be avoided. We spoke for approximately 10 minutes.

8. As to Nintendo's motion to compel arbitration, I explained that Nintendo's position was that Mr. Hoffert agreed to arbitrate his claims with Nintendo when he created his Nintendo Account in 2020 and when he set up his Nintendo Switch Lite console. I explained that both

DECLARATION OF
CAYMAN C. MITCHELL - 1
CASE NO. 2:26-cv-01360

agreements are clickwrap agreements that required Mr. Hoffert's affirmative assent, and that Nintendo's records confirmed Mr. Hoffert accepted each and did not opt out of arbitration. I also described how each agreement contains a delegation clause committing questions of arbitrability, including enforceability and scope, to the arbitrator. Mr. Smith explained that Nintendo was not moving to compel Mr. Sharan's claims at this time, but that Nintendo would explore whether Mr. Sharan's claims were arbitrable in discovery if this action proceeds past the pleadings.

9. As to Nintendo's motion to dismiss, I explained that Nintendo's position was that Plaintiffs have no legal entitlement to the tariff refunds Nintendo stands to receive, because it is not "unfair" that Nintendo has not retroactively adjusted its prices for completed sales in response to the outcome of the tariff litigation. I explained at length why that defect is fatal to all of Plaintiffs' claims, including their claims for unjust enrichment, money had and received, violations of the Washington Consumer Protection Act, and declaratory relief.

10. Mr. Dennett noted that he appreciated the detail provided on the grounds for Nintendo's Motions, and he advised that Plaintiffs oppose Nintendo's Motions and the relief sought therein.

11. Counsel for the parties agreed that the Motions could not be avoided.

DECLARATION OF
CAYMAN C. MITCHELL - 2
CASE NO. 2:26-cv-01360

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 20th day of July, 2026, at New York, New York.

Cayman C. Mitchell

DECLARATION OF
CAYMAN C. MITCHELL - 3
CASE NO. 2:26-cv-01360