UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY HOFFERT and PRASHANT SHARAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NINTENDO OF AMERICA INC.,

Defendant.

Case No. 2:26-cv-01360-RAJ

DECLARATION OF IVAN AVILA CAMPILLO IN SUPPORT OF DEFENDANT NINTENDO OF AMERICA INC.'S MOTION TO COMPEL ARBITRATION

DECLARATION OF
IVAN AVILA CAMPILLO - i
CASE NO. 2:26-cv-01360

I, Ivan Avila Campillo, declare as follows:

1.      I am over the age of eighteen and competent to testify to matters in this Declaration. I make this Declaration on the basis of my personal knowledge, and I could and would testify to the matters set forth in this Declaration if called upon to do so.

2.      I am employed by Nintendo of America Inc. as Senior Manager, Program Management Office – Consumer Service.  Nintendo of America Inc. is the Defendant in the above-captioned matter.  Nintendo of America Inc. is a wholly-owned subsidiary of Nintendo Co., Ltd., a Japanese company (together, "Nintendo").

3.      Nintendo of America Inc. markets and distributes in the United States the Nintendo Switch and Nintendo Switch 2 consoles, video game consoles that play games created by Nintendo and other third-party licensees.

4.      Nintendo sells its games and hardware not only through third-party retail stores, but also through direct-to-consumer sales.  To purchase a product on Nintendo's website (Nintendo.com), to purchase digitally-downloaded games on the Nintendo eShop (Nintendo's on-console game store), or to otherwise access Nintendo's services, a consumer must create a "Nintendo Account."

5.      Nintendo Accounts are free accounts Nintendo offers to users of its products and services.  A Nintendo Account is necessary to purchase any products directly from Nintendo or to access many of Nintendo's online services and features, such as playing online multiplayer games. To create a Nintendo Account, a user must agree to the Nintendo Account User Agreement ("User Agreement"), which contains a binding individual arbitration clause.

6.      Attached to this Declaration as **Exhibit A** is a true and correct copy of the User Agreement, which has been in effect since May 2025.

7.      The prior versions of the User Agreement also bound the signatory to individual arbitration.  Attached to this Declaration as **Exhibit B** is a true and correct copy of the April 2021 version of the User Agreement, effective between April 2021 and May 2025.  And attached to this Declaration as **Exhibit C** is a true and correct copy of the July 2020 version of the User Agreement,

DECLARATION OF
IVAN AVILA CAMPILLO - 1
CASE NO. 2:26-cv-01360

effective between July 2020 and April 2021.  Users of Nintendo Accounts created prior to May 2025 were required to accept the revised terms in Ex. A to continue using their Nintendo Account after May 2025.  And users of Nintendo Accounts created prior to April 2021 were required to accept the revised terms in Ex. B if they used their Nintendo Account between April 2021 and May 2025.

8.    For a purchaser to set up and use a new Nintendo Switch, Nintendo Switch Lite, or Nintendo Switch OLED console, the purchaser must agree to the "Nintendo Switch: User Agreement," also known as the End-User License Agreement ("EULA").  Attached to this Declaration as **Exhibit D** is a true and correct copy of the EULA, which has been in effect since March 2017.

9.    For a purchaser to set up and use a new Nintendo Switch 2 console, the purchaser must agree to the "Nintendo Switch 2: User Agreement" ("NS2 EULA").  Attached to this Declaration as **Exhibit E** is a true and correct copy of the NS2 EULA, which has been in effect since May 2025.

10.    Each version of the User Agreement and EULA has a binding individual arbitration provision with a 30-day right to opt-out of that provision.  *See* Ex. A § 16; Ex. B. § 16; Ex. C § 16; Ex. D § 7; Ex. E § 7.

11.    What follows are true and correct copies of screenshots for (i) creating a Nintendo Account and agreeing to the User Agreement,[1] and (ii) setting up a new Nintendo Switch console and agreeing to the EULA, as they would have appeared to any user who accepted the agreements for the accounts described below in Paragraphs 40–46.

---

[1] The specific screenshots I am including herein are of the current account creation flow as it appears on Nintendo's website today.  But the acceptance process was substantially the same in 2020 when Mr. Hoffert created his Nintendo Account.  *See infra* ¶ 43.

DECLARATION OF
IVAN AVILA CAMPILLO - 2
CASE NO. 2:26-cv-01360

**Nintendo Account**

12.     Before completing any transaction on Nintendo's website or the Nintendo eShop, the user must create a Nintendo Account using their PC or a smart device.  On the first page of the account creation flow, Nintendo asks the user to enter their date of birth:

DECLARATION OF
IVAN AVILA CAMPILLO - 3
CASE NO. 2:26-cv-01360

13.    If the user is an adult, Nintendo prompts the user to enter a nickname, email address, password, date of birth, gender, country/region of residence, and time zone:

Create a Nintendo Account

If you have an account for one of the following services, it's even easier to create a Nintendo Account.

Google            Sign up with Apple

If you don't have an account with one of the services listed above or would rather not use an existing account to create your Nintendo Account, please enter your information below.

| Nickname | 10 characters or less |
| | Note: This will be used in communications from Nintendo. It will not be shown to others without prior notice. |
| E-mail address | E-mail address |
| | *An email address accessible from a PC or web browser is recommended to create your Nintendo Account. |

Password strength: -

| Password | At least 8 characters |
| Confirm password | At least 8 characters |
| Date of birth | 2000   8   11 |
| | *You can't change your date of birth later. |
| Gender | (None selected) |
| Country/region of residence | United States |
| Time zone | (UTC-04:00) America/New York |

☑ I'd like to stay in touch with Nintendo via e-mail to receive special offers, game news, and more. For additional information about advertising and other data usage preferences, please refer to the 'Privacy and Other Settings' (which are located in your Nintendo Account settings) after you've created your account.

☐ By checking the box and selecting [Submit] below, you agree to the NINTENDO ACCOUNT USER AGREEMENT.

☐ By checking the box and selecting [Submit] below, you acknowledge that you have read the NINTENDO PRIVACY POLICY.

Submit

DECLARATION OF
IVAN AVILA CAMPILLO - 4
CASE NO. 2:26-cv-01360

14.    Before a user can finish creating their account, the user must affirmatively check a box confirming "By checking the box and selecting [Submit] below, you agree to the NINTENDO ACCOUNT USER AGREEMENT."[2]

I'd like to stay in touch with Nintendo via e-mail to receive special offers, game news, and more. For additional information about advertising and other data usage preferences, please refer to the 'Privacy and Other Settings' (which are located in your Nintendo Account settings) after you've created your account.

By checking the box and selecting [Submit] below, you agree to the NINTENDO ACCOUNT USER AGREEMENT.

By checking the box and selecting [Submit] below, you acknowledge that you have read the NINTENDO PRIVACY POLICY.

Submit

15.    Users can review the User Agreement by selecting the visually distinguishable blue, underlined, and hyperlinked text that says, "NINTENDO ACCOUNT USER AGREEMENT."

---

[2] In 2020, when Mr. Hoffert created his account, the text next to this checkbox read "I agree to the Nintendo Account User Agreement and I acknowledge that I have read the Nintendo Privacy Policy."

DECLARATION OF
IVAN AVILA CAMPILLO - 5
CASE NO. 2:26-cv-01360

16. When a user selects the hyperlink, the User Agreement is displayed in its entirety:



17. Users must agree to the User Agreement by manually checking the box next to the statement confirming their agreement.  The screen will not let them proceed to create a Nintendo Account without checking the box.

18. The "Submit" button that a user selects to move forward and create their account remains grayed out and inactive until the user checks the box:

DECLARATION OF
IVAN AVILA CAMPILLO - 6
CASE NO. 2:26-cv-01360

19.     Once the user checks the box agreeing to the User Agreement, the "Submit" button turns red and activates so that the user can select it and finish creating their account.

20.    After hitting "Submit," the user is prompted to confirm their email address.  Once they do so, the user has then successfully created their Nintendo Account, and they reach a confirmation screen:

# Nintendo Account Creation



Your Nintendo Account has been created.

Please keep the following information somewhere safe. You'll need it if you sign in to your Nintendo Account using a different device or if you forget your password.

**Account information**

| | |
|---|---|
| ▌ Nickname | Test Acct |
| ▌ E-mail address | ascots.runoff-5a@icloud.com |
| ▌ Password | ●●●●●● |
| ▌ Date of birth | 8/11/2000 |

OK

21.    Users have the option to decline the arbitration provision in the User Agreement in two ways. They can either: (1) affirmatively reject the User Agreement and decline to create a

DECLARATION OF
IVAN AVILA CAMPILLO - 8
CASE NO. 2:26-cv-01360

Nintendo Account (thus declining to purchase any products on Nintendo's website or eShop, or to play any games for which a Nintendo Account is required); or (2) opt out of arbitration within 30 days from the date they create their Nintendo Account by notifying Nintendo of their intent to opt out.

**Nintendo Switch Console**

22.     Purchasers are informed of Nintendo's EULA on the standard packaging in which the Nintendo Switch system is sold.[3]  The packaging states: "By using the Nintendo Switch system, you accept the license agreement available at **support.nintendo.com/switch/license**."  The website referenced on the packaging directs the purchaser to choose a language and then immediately displays the EULA in full in the selected language.

23.     During a purchaser's setup of a new Nintendo Switch console, they are also presented with the EULA.

24.     When a user powers on the console for the first time to set up a new Nintendo Switch, the screen first displays language and region options.



25.     Once the user selects a language and region, the next screen—entitled "End-User License Agreement"—informs the purchaser of the EULA.  The EULA notice is the only subject displayed and addressed on that screen.

---

[3] As described below, Nintendo's records indicate that Mr. Hoffert has activated a Nintendo Switch console and accepted the EULA on that console.  Accordingly, I describe here only the setup process Mr. Hoffert would have experienced.  But the process by which the NS2 EULA is accepted on the Nintendo Switch 2 console is substantially the same.

DECLARATION OF
IVAN AVILA CAMPILLO - 9
CASE NO. 2:26-cv-01360

26.    Under the title on the setup screen, pictured below, Nintendo informs purchasers, "By selecting the Accept button, you acknowledge that you have read and agree to be bound by the End-User License Agreement. If you do not agree, stop using this system."

27.    As shown above, right under the text explaining that the user must agree to the EULA to proceed to use the console, there is a hyperlink button, displayed as a box edged in bright blue that says, "View End-User License Agreement," that allows the user to immediately access without an internet connection the full EULA.  The hyperlink is just above the box that the user checks to accept the EULA, ensuring that the user sees it before accepting the terms.

DECLARATION OF
IVAN AVILA CAMPILLO - 10
CASE NO. 2:26-cv-01360

28.    When a user selects the hyperlink, the EULA is displayed in its entirety.

29.    The EULA accessible from the Nintendo Switch console is the same as the EULA available on the website identified on the Nintendo Switch packaging.

30.    A user cannot proceed to use the Nintendo Switch without accepting the EULA.

31.    The user cannot advance to the next screen without accepting the EULA.  Instead, the user must affirmatively select the "Accept" button.

32.    After the user accepts the EULA, a checkmark appears next to the "Accept" button, and the "next" button transitions from an inactive gray-text box to an active black-text button.  To further confirm that the user has chosen to accept the EULA before proceeding, they must then

DECLARATION OF
IVAN AVILA CAMPILLO - 11
CASE NO. 2:26-cv-01360

affirmatively press the "Next" button on the touch screen or scroll down and select it before proceeding to use the Nintendo Switch.



33.     Users have two options if they do not want to agree to the EULA, including its individual arbitration provision. A user can decline to accept the EULA in its entirety and return the Nintendo Switch for a refund. Alternatively, a user can otherwise accept the EULA but opt out of its mandatory individual arbitration provision by providing written notice to Nintendo within 30 days of purchasing the Nintendo Switch, as described in the EULA.

DECLARATION OF
IVAN AVILA CAMPILLO - 12
CASE NO. 2:26-cv-01360

**Linking a Nintendo Account to a Nintendo Switch Console**

34.    When a user creates a profile on a Nintendo Switch console, the user has the option to link the profile to a Nintendo Account, which is necessary to "use various online features":



35.    If the user opts to link a Nintendo Account to their profile, the console prompts the user to sign in or create a new account:



DECLARATION OF
IVAN AVILA CAMPILLO - 13
CASE NO. 2:26-cv-01360

36.    If the user opts to create a new account, the console informs the user they need to do so on a smart device or PC, and offers to send account creation instructions via email:



37.    If the user proceeds, before sending that email, the console asks the user to enter the user's date of birth:



DECLARATION OF
IVAN AVILA CAMPILLO - 14
CASE NO. 2:26-cv-01360

38.    If the user is an adult, the console asks for the user's email address, and Nintendo will send account creation instructions to that email address.  The user would then proceed with creating a Nintendo Account via the steps I explained in Paragraphs 12–20.

39.    Assuming the user successfully created a Nintendo Account via Nintendo's website, the user could generate a confirmation code, which they could enter on their Nintendo Switch to link the new Nintendo Account with their Nintendo Switch profile:



**Mr. Hoffert Created a Nintendo Account And Accepted the User Agreement**

40.    Nintendo has identified an account that appears to have been created by Plaintiff Gregory Hoffert, and the records for that account demonstrates the User Agreement and EULA were accepted by the user of that account.

41.    I understand from Nintendo's counsel that Plaintiff's counsel identified Mr. Hoffert's email address as ███████████████ .

42.    Nintendo reviewed its records and identified one Nintendo Account linked to the ███████████████ email address.

DECLARATION OF
IVAN AVILA CAMPILLO - 15
CASE NO. 2:26-cv-01360

43. Nintendo's records indicate that the Nintendo Account associated with the ███████████████ email address was created on ███████████ and accepted the July 2020 version of the User Agreement in Ex. C on ████████████████████. The nickname associated with the Nintendo Account is ████████ and the account's current on-device nickname is ████████. The accountholder entered a date of birth of ████████████, making them age ██ at the time the User Agreement was accepted. As of May 8, 2026, the account was last accessed on ████████████.

44. Nintendo most recently updated its Nintendo Account User Agreement in May 2025. Ex. A. Nintendo's records confirm that the user of the account associated with the ███████████████ email address accepted the May 2025 terms in Ex. A on ███████████████████.

45. Attached to this Declaration as **Exhibit F** is a true and correct copy of excerpts of Nintendo's user account records showing that the ███████████████ account accepted the 2020 version of the User Agreement on ████████████, and the 2025 version of the User Agreement on ████████████.

46. The account associated with the ███████████████ email address has been linked to a Nintendo Switch Lite console with the serial number ███████████. The console was purchased on ████████████. The first game play on that console by any account was on ███████████████████ by the ███████████████ account. This indicates that the console was new at that time and the EULA would have been accepted by the ███████████████ accountholder on or around ████████████.

**Nintendo Has No Records of Applicable Opt-Outs to Binding Arbitration**

47. Nintendo has reviewed the records it maintains of Nintendo Account users who have provided written notice that they are opting out of arbitration, and those records confirm that no one affiliated with the ███████████████ account, nor anyone with the name Gregory Hoffert, provided such notice.

DECLARATION OF
IVAN AVILA CAMPILLO - 16
CASE NO. 2:26-cv-01360

48.    Additionally, Nintendo has reviewed the records it maintains of those Nintendo Switch purchasers who have provided written notice that they are opting out of arbitration pursuant to the EULA and confirmed that no one associated with the device serial number ████████ or with the name Gregory Hoffert has opted out of the arbitration provision.

DECLARATION OF
IVAN AVILA CAMPILLO - 17
CASE NO. 2:26-cv-01360

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of July, 2026, at Redmond, Washington.

Ivan Avila Campillo

DECLARATION OF
IVAN AVILA CAMPILLO - 18
CASE NO. 2:26-cv-01360