# EXHIBIT A

# Nintendo Account User Agreement

THIS IS AN IMPORTANT AGREEMENT THAT APPLIES TO YOUR USE OF THE NINTENDO ACCOUNT SERVICES!

If you are under the age of 18 (or the age of majority where you live), STOP! You must get your parent or legal guardian to read and accept this Agreement on your behalf. By using the Nintendo Account Services, your parent or legal guardian agrees to this Nintendo Account User Agreement and they are responsible for your use and any issues or claims related to the Nintendo Account Services.

## Nintendo Account User Agreement

Effective Date: 05/2025

[What's changed?](What's changed?)

This Nintendo Account User Agreement (the "Agreement") is by and among you, Nintendo Co., Ltd. ("NCL"), and Nintendo of America Inc. ("NOA", and together with NCL, "Nintendo," "we," "us," or "our"), and governs your use of the Nintendo Account Services through your Nintendo Account (defined below).

If you do not agree to the terms of this Agreement, please do not use the Nintendo Account Services.

Please read this Agreement carefully before using the Nintendo Account Services. By using the Nintendo Account Services, you represent that you are 18 years of age or older (or the age of majority where you live) and agree to be bound by this Agreement. By entering into this Agreement, you acknowledge and agree that you are legally and financially responsible for any use of the Nintendo Account Services under your Nintendo Account, including any use of the Nintendo Account Services by other users under your Nintendo Account, whether or not such use was explicitly authorized by you, and are responsible for ensuring that all other users of the Nintendo Account Services under your Nintendo Account comply with the terms of this Agreement and any other applicable terms. In addition, you agree that if you use the functionality of the Nintendo Account Services to create or link any supervised users to your Nintendo Account then you will be responsible for all uses of the Nintendo Account Services by such supervised user, whether or not such uses were explicitly authorized by you.

NOTE: THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION AND CLASS ACTION WAIVER IN SECTION 16 THAT, TO THE FULLEST EXTENT PERMITTED BY LAW, REQUIRES BOTH YOU AND NINTENDO TO RESOLVE MOST "CLAIMS" (AS DEFINED IN SECTION 16) ON AN INDIVIDUAL BASIS AND NOT AS A CLASS ARBITRATION, A CLASS ACTION, ANY OTHER KIND OF REPRESENTATIVE PROCEEDING, OR BY JURY TRIAL. YOU MAY OPT OUT OF THE BINDING ARBITRATION BY FOLLOWING THE PROCEDURE IN SECTION 16(J).

Nintendo is thoughtful about the features and services we offer our users, including children. Parents and legal guardians play the most important role in helping their children understand how to safely engage with technology. We encourage use of parental controls to help parents and legal guardians manage use of the Nintendo Account Services.

1. Definitions
2. License
3. Creating and Managing Nintendo Account
4. Use of the Nintendo Account Services
5. Updates to the Nintendo Account Services
6. User-Generated Content
7. Shopping Services; Rewards Program; Online Subscription Services
8. Digital Items
9. Use of Information

10. Privacy Policy

11. Nintendo of America Community Guidelines

12. Intellectual Property Rights

13. Breach and Termination of the Agreement; Changes to the Agreement

14. Indemnity

15. Disclaimer of Warranties and Limitation of Liability

16. Dispute Resolution; Binding Arbitration; Class Action Waiver

17. Severability

18. Governing Law; Venue

19. Contact Information

20. Additional Terms for Customer Using Apple Devices

21. Third Party Rights

## 1. Definitions

"Nintendo Account" means the account created by a person that is used in connection with the Nintendo Account Services.

"Nintendo Account Service(s)" means the services, applications, software, content, and data we make available to you through your Nintendo Account, including, for example, the Nintendo Switch Parental Controls application, video games, and add-on content, as well as any other Nintendo products, services, applications, software, content, or data that requires the use of a Nintendo Account or to which you link your Nintendo Account.

## 2. License

Subject to the terms of this Agreement, Nintendo grants you a non-exclusive, non-transferable, revocable license to use the Nintendo Account Services solely for your personal and non-commercial use. For clarity, the Nintendo Account Services are licensed, not sold, to you, and you may not make use of the Nintendo Account Services except as expressly authorized by this Agreement.

Without limitation, you agree that you may not (a) publish, copy, modify, reverse engineer, lease, rent, decompile, disassemble, distribute, offer for sale, or create derivative works of any portion of the Nintendo Account Services; (b) bypass, modify, decrypt, defeat, tamper with, or otherwise circumvent any of the functions or protections of the Nintendo Account Services, including through the use of any hardware or software that would cause the Nintendo Account Services to operate other than in accordance with its documentation and intended use; (c) obtain, install or use any unauthorized copies of Nintendo Account Services; or (d) exploit the Nintendo Account Services in any manner other than to use them in accordance with the applicable documentation and intended use, in each case, without Nintendo's written consent or express authorization, or unless otherwise expressly permitted by applicable law. You acknowledge that if you fail to comply with the foregoing restrictions Nintendo may render the Nintendo Account Services and/or the applicable Nintendo device permanently unusable in whole or in part.

## 3. Creating and Managing Your Nintendo Account

You must have a Nintendo Account to use the Nintendo Account Services. Unless we permit otherwise, each person may only have one Nintendo Account.

When you create your Nintendo Account, you must provide us with accurate information. You must promptly update your Nintendo Account information if it changes. We reserve the right to deny, ban, or cancel your Nintendo Account and any accounts associated with your Nintendo Account for any reason.

If you change the country of your Nintendo Account, you must agree to the Nintendo Account User Agreement applicable to the new country. Certain Nintendo Account Services and Nintendo Account rights may be impacted if you change your country registration.

Your Nintendo Account is personal to you, and you are prohibited from (i) selling, renting, leasing, lending, or transferring your Nintendo Account or (ii) accessing or using a Nintendo Account belonging to another person. If you sell or transfer your Nintendo device or smart device, you must unlink your Nintendo Account from the device and any on-device Nintendo Account Services. To protect your Nintendo Account, please keep your Nintendo Account information and password confidential. You are responsible for all activity and purchases on or through your Nintendo Account and any accounts associated with your Nintendo Account, including supervised users under your Nintendo Account. Please notify Nintendo if you learn of any unauthorized use of your Nintendo Account or associated accounts.

## 4. Use of the Nintendo Account Services

The Nintendo Account Services may be accessed through products or devices manufactured by Nintendo or certain third party products or devices. Some Nintendo Account Services may only be accessed on a Nintendo product or device. We offer a variety of Nintendo Account Services, so additional terms and conditions may apply to your use of certain Nintendo Account Services. In the event of any conflict between the terms and conditions of this Agreement and any additional terms and conditions which apply to your use of a Nintendo Account Service, the terms and conditions set forth in this Agreement will control.

The Nintendo Account Services may contain or refer to products, services, applications, software, content, or data that are provided and/or maintained by third parties and not by Nintendo (collectively, "Third Party Services"), as well as links to websites that contain such Third Party Services. Nintendo does not own, control, endorse, review or monitor the Third Party Services, makes no representation or warranties of any kind regarding the Third Party Services, and is not responsible for any Third Party Services. If you access or use any Third Party Services, you do so at your own risk. Your use of any Third Party Services may be subject to additional terms imposed by the third party that operates such Third Party Services.

The Nintendo Account Services may contain software licensed under the terms of open-source licenses. Information regarding any such open-source software that is distributed to you, including the licenses under which such open-source software is distributed, can be found at https://www.nintendo.co.jp/support/oss/index.html.

In addition, Nintendo has implemented reCAPTCHA Enterprise in connection with certain Nintendo Account Services, and by using the Nintendo Account Services you are also agreeing to be bound by the Google Privacy Policy and Terms of Use.

The Nintendo Account Services may vary by country or region and not all Nintendo Account Services are available to all Nintendo Account holders.

We may allow you to link and unlink your Nintendo Account to and from certain Nintendo Account Services, Nintendo devices or products, and smart device applications. Once you link your Nintendo Account to a Nintendo device or product, all activity on that device or product will be subject to this Agreement. You acknowledge that other users of a Nintendo device, product or application to which your Nintendo Account is linked may have the ability to modify, access, transfer, or delete the Nintendo Account Services or data on the device, product, or application, and Nintendo is not responsible or liable to you for any such modification, access, transfer, or deletion.

In the event that you unlink your Nintendo Account from a Nintendo Account Service, device, product, or application, you may not be able to enjoy the rights and benefits of your Nintendo Account via that Nintendo Account Service, device, or application. Nintendo is not responsible or liable to you for any losses resulting from any such disconnection.

You agree to comply with all applicable laws and regulations in connection with your use of the Nintendo Account Services, including without limitation compliance with all import/export laws and regulations.

You are responsible for all costs incurred in connection with your use of the device on which you access the Nintendo Account Services, including for example, all mobile data and service plans.

From time to time, we may suspend, modify, discontinue, or terminate all or some of the Nintendo Account Services without liability or notice to you after which point it may no longer be possible for you to access such Nintendo Account Service(s) or any content or data which you may save or access through such Nintendo Account Service(s).

We strive to keep the Nintendo Account Services up and running, however, all online services suffer occasional disruptions and outages. In the event of an outage you may not be able to access the Nintendo Account Services. In addition, you acknowledge that certain components of the Nintendo Account Services require an internet connection, and the performance of these components may depend upon the quality and stability of your internet connection. You are solely responsible for payment of any third-party fees associated with your internet connection, including internet service provider or airtime charges. The provision, quality and security of internet connectivity are the sole responsibility of the third party providing your internet service.

TO THE EXTENT PERMITTED BY LAW AND WITHOUT LIMITING SECTION 15, NINTENDO DOES NOT MAKE ANY GUARANTEE OR WARRANTY WITH RESPECT TO THE AVAILABILITY OR PERFORMANCE OF THE NINTENDO ACCOUNT SERVICES OR ANY CONTENT OR DATA YOU MAY SAVE, STORE OR ACCESS THROUGH THE NINTENDO ACCOUNT SERVICES, AND, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NINTENDO SPECIFICALLY DISCLAIMS ANY GUARANTEE OR WARRANTY THAT THE NINTENDO ACCOUNT SERVICES OR ANY CONTENT YOU MAY STORE OR ACCESS THROUGH THE NINTENDO ACCOUNT SERVICES WILL NOT BE SUBJECT TO DISRUPTION, DAMAGE, CORRUPTION, LOSS, REMOVAL, OR DISCONTINUATION (A "SERVICE INTERRUPTION"). NINTENDO SHALL NOT BE RESPONSIBLE SHOULD ANY SUCH SERVICE INTERRUPTION OCCUR, AND YOU AGREE THAT IN NO EVENT WILL YOU BE ENTITLED TO OR RECEIVE A REFUND, CREDIT OR ANY OTHER COMPENSATION FOR ANY CONTENT OR PORTION OF THE NINTENDO ACCOUNT SERVICES THAT YOU ARE NOT ABLE TO USE OR HAVE DIFFICULTY USING, IN WHOLE OR IN PART, DUE TO ANY SERVICE INTERRUPTION.

## 5. Updates to the Nintendo Account Services

The Nintendo Account Services are constantly evolving, and we may update or change features and functionality of the Nintendo Account Services from time to time ("Updates"). You may not be able to continue using some of the Nintendo Account Services after the Updates. Some of these Updates may be provided automatically without notice to you. By accepting this Agreement, you consent to Nintendo providing you with, and installing, automatic Updates to the Nintendo Account Services. You agree that any Update is covered by this Agreement.

## 6. User-Generated Content

The Nintendo Account Services may allow you to create and share User-Generated Content. "User-Generated Content" means text, images, audio, video, experiences, or other content that you create within the Nintendo Account Services and are able to share with the public or other users of the Nintendo Account Services. By accepting this Agreement you also agree to adhere to the Nintendo Game Content Guidelines for Online Video & Image Sharing Platforms found here.

You own your User-Generated Content. However, Nintendo retains ownership of any Nintendo Intellectual Property (as defined in Section 12) that is contained in your User-Generated Content. Since you own and control your User-Generated Content, you are responsible for it.

Nintendo is not responsible or liable for any User-Generated Content. We are not responsible for any loss or damages associated with any User-Generated Content, nor are we liable for any incorrect, defamatory, libelous, false, obscene, or offensive content you may encounter in connection with User-Generated Content. User-Generated Content is the sole responsibility of the user that made it available in connection with the Nintendo Account Services.

By accepting this Agreement, you give Nintendo permission to use and change your User Generated Content in any way and for any purpose for free. More specifically, you grant Nintendo and its affiliates and subsidiaries a worldwide, royalty-free, irrevocable, perpetual, non-exclusive, and sublicenseable license to, including after termination of this Agreement, use, reproduce, modify, adapt, publish, translate, distribute, perform, and display all or any portion of your User Generated Content, and to incorporate your User-Generated Content in other works, in any form, media or technology now known or later developed, including for promotional or marketing purposes, without any payment to you.

Your User-Generated Content may be viewed, reproduced, published and/or modified by Nintendo and third parties. Nintendo may delete any User-Generated Content from the Nintendo Account Services and/or Nintendo servers at any time, for any reason, in its sole discretion without notice or liability to you. Nintendo reserves the right to not post or publish User-Generated Content and is not obligated to store any User-Generated Content.

User-Generated Content that you make available through the Nintendo Account Services must comply with the Nintendo of America Community Guidelines (see Section 11). You should not include personal information such as your name, your email address, your address or your telephone number or any other personal information in User-Generated Content.

By making User-Generated Content available via the Nintendo Account Services, you represent that you are entitled to do so and agree that Nintendo is not obligated to monitor or protect your rights in any User-Generated Content. However, you give Nintendo the option and right to enforce your rights in such User-Generated Content, including, for example, the right to take legal action (at our cost) on your behalf.

The Nintendo Account Services may include tools that allow you to share your User-Generated Content directly to third party platforms and services (each, an "Authorized Platform"). You agree to only use and share User-Generated Content pursuant to the functionality provided by Nintendo as part of the Nintendo Account Services or any functionality inherent in any Authorized Platform, or as otherwise authorized by Nintendo, and you agree that you will not use or share (nor sub-license or otherwise permit any third party to use or share) your User-Generated Content for any other purpose. You further agree that, except to the extent authorized by Nintendo, you will not (and will not permit any third party to) create or use any User-Generated Content for any commercial purpose, including to receive payment or other consideration in exchange for access to such User-Generated Content, whether pursuant to or within the functionality of any Authorized Platform or otherwise.

## 7. Shopping Services; Rewards Program; Online Subscription Services

As part of the Nintendo Account Services, we make certain shopping services available to you (the "Shopping Services"). The Shopping Services may be accessed through your Nintendo Account to (a) establish and maintain an account balance and (b) view, download, or purchase certain products, software, content, and services ("Products"). The Shopping Services may vary by country, and may not be available in all countries.

In using the Shopping Services, you are responsible for all activity and purchases on or through your Nintendo Account and any accounts associated with your Nintendo Account, including supervised users under your Nintendo Account. This includes unauthorized, fraudulent, or erroneous transactions through your Nintendo Account, subject to any payment processing rules or applicable law. Please notify Nintendo if you learn of any unauthorized purchases through your Nintendo Account.

Payments for Products may be refundable as required by applicable law, and some Products may be returned or exchanged. For details on our refund policies, please refer here. Please refer to Purchase Terms for additional terms applicable to the Shopping Services and Product purchases.

Nintendo offers a rewards program and online subscription services. Please see here and here for applicable terms. We reserve the right to modify such terms at any time without notice to you.

## 8. Digital Items

As part of the Nintendo Account Services, Nintendo or third parties may make certain digital content or items available to you ("Digital Items"). If you buy or acquire any Digital Items, you obtain a limited license (as set forth in Section 2) to use such Digital Items in connection with the Nintendo Account Services. Other than this limited license, you have no right or title in or to Digital Items. Digital Items cannot be sold or transferred to a third party (unless a transfer is permitted within the Nintendo Account Services) and cannot be exchanged for or converted to cash or legal tender or for any goods or services outside of the Nintendo Account Services.

## 9. Use of Information

Nintendo (including its subsidiaries and affiliates) may access, use, monitor, delete, disclose and/or preserve information associated with your use of the Nintendo Account Services (including, without limitation, User-Generated Content and your interactions with other users) as is necessary, in Nintendo's discretion, to (a) comply with applicable laws, rules, regulations, or orders; (b) enforce this Agreement or protect the rights of Nintendo, its users, or the public; (c) enforce the Nintendo of America Community Guidelines (see Section 11); (d) help prevent a loss of

life or serious physical injury to anyone; (e) prevent potentially illegal or offensive activities; and (f) provide and/or improve features of the Nintendo Account Services.

## 10. Privacy Policy

We may use and share information that you give to us and information that we collect when you use our products and/or services (including the Nintendo Account Services) as described in our Privacy Policy. This may include personally identifiable information as well as anonymous or aggregate information about your use of the Nintendo Account Services. We recommend that you review our Privacy Policy before each use of a Nintendo product or service to help you stay informed of our privacy practices. Our Privacy Policy is designed to help you understand the types of information that we collect, how we use and share the information and how the information is protected.

## 11. Nintendo of America Community Guidelines

To help keep the Nintendo Account Services safe, friendly, welcoming, and fun for all users, you agree that you will adhere to the Nintendo of America Community Guidelines found here and the Community Tournament Guidelines found here.

## 12. Intellectual Property Rights

Other than your right to use the Nintendo Account Services as described in this Agreement, and as between you and Nintendo, we retain and reserve all right, title, and interest in and to the Nintendo Account Services, including without limitation, to all Nintendo Intellectual Property. "Nintendo Intellectual Property" means all registered and unregistered trademarks, service marks, logos, registered and unregistered designs, copyrights, database rights, inventions, patents, trade secrets, know-how, technological protection measures, and other confidential and proprietary information of Nintendo, including without limitation, all other proprietary or intellectual property rights of any kind in any country.

## 13. Breach and Termination of the Agreement; Changes to the Agreement

Nintendo may terminate this Agreement or suspend your access to any or all Nintendo Account Services, in our sole discretion and without prior notice to you, if you violate this Agreement, if we have a reasonable belief such a violation has or will occur, or as we otherwise determine to be reasonably necessary for legal, technical or commercial reasons, such as to prevent harm to other users or the Nintendo Account Services. Upon any such termination or suspension, you must immediately stop using the Nintendo Account Services.

For the avoidance of doubt, Nintendo's right to terminate this Agreement or suspend your access to any or all Nintendo Account Services set forth in the preceding paragraph shall apply with respect to the conduct of any other user under your Nintendo Account or linked to your Nintendo Account through the supervised user functionality.

You may terminate this Agreement by deleting your Nintendo Account and discontinuing use of the Nintendo Account Services. If you initiate deletion of your Nintendo Account, access to some or all of the Nintendo Account Services may be lost, and any accounts associated with your Nintendo Account may be deleted.

We may change the terms of this Agreement from time to time. When we update the Agreement, we will provide notice of the update such as by posting the current version of the Agreement on Nintendo's website. If you do not agree to the changes, you must immediately stop using the Nintendo Account Services. If you continue to use the Nintendo Account Services, you will be confirming your acceptance of the updated Agreement.

## 14. Indemnity

If Nintendo (including its subsidiaries and/or affiliates) is subject to any actual or threatened claims, costs, damages, losses, or other liabilities (collectively, "Covered Losses") as a result of your use of any of the Nintendo Account Services, or any data, information, or other item you

make available through the Nintendo Account Services, then you agree to indemnify us from all such Covered Losses and any related costs, such as reasonable attorneys' fees.

Some jurisdictions limit consumer indemnities, so some or all of the indemnity provisions above may not apply to you. If you are obligated to indemnify us, we will have the right, in our sole discretion, to control any action or proceeding and determine whether we wish to settle it, and if so, on what terms.

## 15. Disclaimer of Warranties and Limitation of Liability

USE OF THE NINTENDO ACCOUNT SERVICES IS AT YOUR SOLE RISK. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY NINTENDO OR ITS REPRESENTATIVES CREATES A WARRANTY. THE NINTENDO ACCOUNT SERVICES ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, AND, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, NINTENDO DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE NINTENDO ACCOUNT SERVICES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. TO THE MAXIMUM EXTENT PERMITTED BY LAW, NINTENDO WILL NOT BE LIABLE TO YOU FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, WHETHER BASED IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, ARISING OUT OF OR RELATING TO YOUR ACCESS, USE, MISUSE, OR INABILITY TO USE THE NINTENDO ACCOUNT SERVICES, EVEN IF NINTENDO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, NINTENDO'S AGGREGATE LIABILITY TO YOU IN CONNECTION WITH ANY CLAIMS ARISING OUT OF OR RELATING TO YOUR ACCESS, USE, MISUSE, OR INABILITY TO USE THE NINTENDO ACCOUNT SERVICES IS LIMITED TO THE AMOUNT YOU ACTUALLY PAID FOR THE NINTENDO ACCOUNT SERVICES. IF A LAW RESTRICTS OUR ABILITY TO LIMIT LIABILITY OR DISCLAIM WARRANTIES, THE LIMITATIONS AND DISCLAIMERS LISTED ABOVE MAY NOT APPLY TO YOU. IN THAT CASE, WE LIMIT OUR LIABILITY AND DISCLAIM WARRANTIES TO THE GREATEST EXTENT PERMITTED BY LAW.

## 16. Dispute Resolution; Binding Arbitration; Class Action Waiver

PLEASE READ THIS SECTION CAREFULLY BECAUSE IT REQUIRES YOU AND NINTENDO TO ARBITRATE CERTAIN DISPUTES AND CLAIMS AND LIMITS THE MANNER IN WHICH YOU AND NINTENDO CAN SEEK RELIEF FROM EACH OTHER. THIS ARBITRATION PROVISION PRECLUDES YOU AND NINTENDO FROM SUING IN COURT, HAVING A TRIAL BY JURY, OR PARTICIPATING IN A CLASS ACTION. YOU AND NINTENDO AGREE THAT ARBITRATION WILL BE SOLELY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS ARBITRATION, CLASS ACTION, OR ANY OTHER KIND OF REPRESENTATIVE PROCEEDING. YOU AND NINTENDO ARE EACH WAIVING THE RIGHT TO TRIAL BY A JURY.

FOLLOW THE INSTRUCTIONS BELOW IN SECTION 16(J) IF YOU WISH TO OPT OUT OF THE REQUIREMENT TO ARBITRATE ON AN INDIVIDUAL BASIS.

**a. Claims Subject to this Section.** This Section 16 applies to all Claims between you and Nintendo. A "Claim" is any dispute, claim, cause of action, or controversy (excluding those exceptions listed below) between you and Nintendo, whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, for which either party wishes to seek legal recourse and that arises from or relates to this Agreement, the Nintendo Account Services or their use or Claims related to the validity, enforceability, or scope of the arbitration provision or any portion of it.

**b. Customer Service Resolution.** Our Contact Center is available to address any concerns you may have regarding the Nintendo Account Services. You may contact them by phone at 1-800-255-3700; by email at useragreement@noa.nintendo.com; or by regular mail sent to Nintendo of America Inc., Attn: User Agreement, 4600 150th Ave NE, Redmond, WA 98052 USA. Most matters can be quickly resolved in this manner to our customer's satisfaction.

**c. Required Informal Dispute Resolution.** Except as permitted under Section 16(d), if you have a Claim against Nintendo or if Nintendo has a Claim against you, you and Nintendo must first attempt to resolve the Claim informally before either party may bring the Claim in arbitration. You and Nintendo will make a good-faith effort to negotiate for 30 days the resolution of any Claim, or for a longer period as mutually agreed in writing (email suffices) by you and Nintendo, ("Informal Resolution Period") from the day you or Nintendo receive a written notice of a Claim from the other party (a "Claimant Notice") in accordance with this Agreement.

You will send any Claimant Notice to Nintendo by certified mail addressed to 4600 150th Avenue NE, Redmond, WA 98052, USA, Attn: General Counsel. Nintendo will send any Claimant Notice to you by certified mail or email using the contact information you have provided to Nintendo. The Claimant Notice sent by either party must (i) include the sender's name, address, email address, telephone number, and any relevant purchase information; (ii) describe the nature and basis of the Claim; and (iii) set forth the specific relief requested.

The Informal Resolution Period is designed to allow the party who has received a Claimant Notice to make a fair, fact-based offer of resolution if it chooses to do so. You or Nintendo cannot file a Claim in arbitration (or court in accordance with Section 16(d)) before the end of the Informal Resolution Period. If you or Nintendo file a Claim in arbitration or court without complying with all the requirements in Section 16, including waiting until the conclusion of the Informal Resolution Period, the other party reserves the right to seek relief from a court to enjoin the filing and seek damages from the party who has not followed the requirements in this Section 16(c), including to reimburse it for any costs and fees—including arbitration, attorney, and expert fees—incurred as a foreseeable consequence of that breach.

The statute of limitations and any filing fee deadlines for a Claim will be tolled for the duration of the Informal Resolution Period for that Claim so that You and Nintendo can engage in this informal dispute-resolution process.

**d. Claims Subject to Binding Arbitration; Exceptions.** Except for Claims (i) in which a party is attempting to protect its intellectual property rights (such as its patent, copyright, trademark, trade secret, anti-circumvention, or moral rights, but not including its privacy or publicity rights) or (ii) that are properly asserted in small-claims court (provided that the small-claims court does not permit class or similar representative actions or relief), all Claims that are not resolved in accordance with Section 16(c) will only be resolved by a neutral arbitrator through final and binding arbitration instead of in a court by a judge or jury. Such Claims include, without limitation, disputes arising out of or relating to interpretation or application of this arbitration provision, including the enforceability, revocability, or validity of the arbitration provision or any portion of the arbitration provision. The arbitrator will have the authority to grant any remedy or relief that would otherwise be available in court.

**e. Binding Individual Arbitration.** Subject to the terms of this Section 16(e), a Claim not excluded under Section 16(d) may only be settled by binding individual arbitration conducted by the American Arbitration Association (the "AAA"), https://adr.org/, according to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., ("FAA"). For Claims arbitrated by the AAA, if you are a "Consumer," meaning that you only use the Nintendo Account Services for personal, family, or household purposes, the then-current version of the AAA's Consumer Arbitration Rules are the rules applicable to Claims between you and Nintendo as modified by this Agreement (the "Rules"). For Claims that must be arbitrated by the AAA, if you are not a Consumer, the then-current version of the AAA's Commercial Arbitration Rules and Mediation Procedures are the Rules applicable to Claims between you and Nintendo as modified by this Agreement.

If the AAA notifies the parties in writing (email suffices) that it is not available to arbitrate any Claim, that Claim may only be settled by binding individual arbitration conducted by National Arbitration and Mediation ("NAM"), www.namadr.com/, according to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., ("FAA"). For Claims arbitrated by NAM, the then-current version of NAM's Comprehensive Dispute Resolution Rules and Procedures are the Rules applicable to Claims between you and Nintendo as modified by this Agreement.

This Agreement affects interstate commerce, and the enforceability of this Section 16 will be substantively and procedurally governed by the FAA to the extent permitted by law. As limited by the FAA, this Agreement, and the applicable Rules, the arbitrator will have exclusive authority to make all procedural and substantive decisions regarding any Claim in arbitration and to grant whatever relief would be available in a court under law or in equity, including the power to determine all questions of arbitrability. To the fullest extent allowed by applicable law, the arbitrator may only award legal or equitable remedies that are individual to you or Nintendo to satisfy one of our individual Claims (that the arbitrator determines are supported by credible relevant evidence). The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. The parties understand that, absent this mandatory provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

You or Nintendo may initiate arbitration of any Claim not resolved during the Informal Resolution Period by filing a demand for arbitration with the AAA in accordance with the Rules (or with NAM in accordance with the Rules if applicable pursuant to this Section 16(e)). Instructions for filing a demand for arbitration with the AAA are available on the AAA website or by calling the AAA at 800-778-7879, and instructions for filing a demand for arbitration with NAM are available on the NAM website or by calling NAM at 800-358-2550. You will send a copy of any demand for arbitration to Nintendo by certified mail addressed to 4600 150th Avenue NE, Redmond, WA 98052, USA, Attn: General Counsel. Nintendo will

send any demand for arbitration to you by certified mail or email using the contact information you have provided to Nintendo. You and Nintendo both agree that the arbitrator must follow the terms of this Agreement.

Any such arbitration shall be conducted by the parties in their individual capacities only and not as a class action or other representative action. The parties waive their right to file a class action or seek relief on a class basis, whether in court or arbitration. If any court or arbitrator determines that the class-action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provision set forth in this Section 16 shall be deemed null and void in its entirety and the parties shall be deemed to have not agreed to arbitrate Claims. Any such claims so released from arbitration must be resolved in accordance with Section 18.

f. Arbitration Fees. Except for the circumstances outlined in Section 16(g) and for Mass Arbitrations (as defined in Section 16(i)), to the extent the initial filing fee for the arbitration exceeds the initial filing fee for a lawsuit, we will pay the difference in fees.

g. Frivolous or Improper Claims. To the extent permitted by applicable law, a claimant must pay all costs incurred by the defending party, including any attorney's fees, related to a Claim if an arbitrator determines that (i) the Claim was not warranted by existing law or by a nonfrivolous argument or (ii) the Claim was filed in arbitration for any improper purpose, such as to harass the defending party, cause unnecessary delay, or needlessly increase the cost of dispute resolution.

h. Confidentiality. If you or Nintendo submits a Claim, you and Nintendo agree to cooperate to seek from the arbitrator or relevant court protection for any confidential, proprietary, trade secret, or otherwise sensitive information, documents, testimony, and other materials that might be exchanged or the subject of any discovery. You and Nintendo agree to seek such protection before any such information, documents, testimony, or materials are exchanged or otherwise become the subject of discovery.

i. Mass Arbitrations. If 25 or more Claimant Notices are received by a party that raise similar claims and have the same or coordinated counsel, these will be considered "Mass Arbitrations" and will be treated as mass arbitrations according to the AAA's Mass Arbitration Supplementary Rules (or if filed with NAM, NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures), if and to the extent Mass Arbitrations are filed in arbitration as set forth in this Agreement. You or Nintendo may advise the other if you or Nintendo believe that Claims are Mass Arbitrations, and disputes over whether a Claim meets the definition of "Mass Arbitrations" will be decided by the arbitration provider as an administrative matter. To the extent either party is asserting the same Claim as other persons and are represented by common or coordinated counsel, that party waives any objection that the joinder of all such persons is impracticable. The following procedures are intended to supplement the AAA's Mass Arbitration Supplementary Rules (or if filed with NAM, NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures), and to the extent the procedures conflict with those Rules, to supersede them.

Mass Arbitrations may only be filed in arbitration as permitted by the process set forth below. Applicable statutes of limitations will be tolled for Claims asserted in a Mass Arbitration from the time a compliant Claimant Notice has been received by a party until this Agreement permits such Mass Arbitration to be filed in arbitration or court.

Initial Bellwether: The bellwether process set forth in this section will not proceed until counsel representing the Mass Arbitrations has advised the other party in writing (email suffices) that all or substantially all the Claimant Notices for the Mass Arbitrations have been submitted.

After that point, counsel for the parties will select 20 Mass Arbitrations to proceed in arbitration as a bellwether to allow each side to test the merits of its arguments. Each side will select 10 claimants who have provided compliant Claimant Notices for this purpose, and only those selected Claims will be deemed filed with the arbitration provider. The parties acknowledge that resolution of some Mass Arbitrations will be delayed by this bellwether process. Any remaining Mass Arbitrations shall not be filed or deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those Claims, unless and until they are selected to be filed in individual arbitration proceedings as set out in this Section 16(i).

A single arbitrator will preside over each Mass Arbitration chosen for a bellwether proceeding, and only one Mass Arbitration may be assigned to each arbitrator as part of the bellwether process unless the parties agree otherwise.

Mediation: Once the arbitrations that are part of the bellwether process have concluded (or sooner if the claimants and the other party agree), counsel for the parties must engage in a single mediation of all remaining Mass Arbitrations, with the mediator's fee paid for by Nintendo. Counsel for the claimants and the other party must agree on a mediator within thirty (30) days after the conclusion of the final initial bellwether

arbitration. If counsel for the claimants and the other party cannot agree on a mediator within 60 days, the arbitration provider will appoint a mediator as an administrative matter. All parties will cooperate for the purpose of ensuring that the mediation is scheduled as quickly as practicable after the mediator is appointed.

Second Bellwether: If the mediation process concludes with any Mass Arbitrations remaining unresolved, the arbitrator will randomly select 35 Mass Arbitrations (or the total remaining Mass Arbitrations if fewer than 35) to proceed in arbitration as a second bellwether process. The arbitrator will randomly select for inclusion in the second bellwether process eligible Claims from claimants who have provided compliant Claimant Notices, and only those selected Claims will be deemed filed with the arbitration provider. A single arbitrator will preside over each Mass Arbitration chosen for a bellwether proceeding, and only one Mass Arbitration may be assigned to each arbitrator as part of the bellwether process unless the parties agree otherwise.

Second Mediation: Once the arbitrations that are part of the second bellwether process have concluded (or sooner if the claimants and the other party agree), counsel for the parties must engage in a single mediation of all remaining Mass Arbitrations, if any, with the mediator's fee paid for by Nintendo. Counsel for the claimants and the other party must agree on a mediator within thirty (30) days after the conclusion of the final second bellwether arbitration. If counsel for the claimants and the other party cannot agree on a mediator within 30 days, the arbitration provider will appoint a mediator as an administrative matter. All parties will cooperate for the purpose of ensuring that the mediation is scheduled as quickly as practicable after the mediator is appointed.

Remaining Claims: If the mediation process set forth in the immediately preceding paragraph regarding the second mediation concludes with 100 or more Mass Arbitrations remaining unresolved, any party to the remaining Mass Arbitrations may elect to no longer have the arbitration requirement in this Section 16 apply to Mass Arbitrations for which a compliant Claimant Notice was received by the other party but that were not resolved in the bellwether proceedings. To be effective, such an election must be communicated in writing (email suffices) to counsel for the opposing party within thirty (30) days of the mediation concluding. Such Mass Arbitrations released from the arbitration requirement must be resolved in accordance with Section 18.

If Mass Arbitrations released from the arbitration requirement are brought in court, claimants may seek class treatment, but to the fullest extent allowed by applicable law, the classes sought may comprise only the claimants in Mass Arbitrations for which a compliant Claimant Notice was received by the other party. Any party may contest class certification at any stage of the litigation and on any available basis.

If the mediation process concludes with fewer than 100 Mass Arbitrations remaining or if no party makes a timely election as provided for in the preceding paragraph, the arbitrator will randomly select 35 Mass Arbitrations (or the total remaining Mass Arbitrations if fewer than 35) to proceed in arbitration as a batch. The arbitrator will randomly select for inclusion in the batch eligible Claims from claimants who have provided compliant Claimant Notices, and only those selected Claims will be deemed filed with the arbitration provider. A single arbitrator will preside over each Mass Arbitration chosen for the batch, and only one Mass Arbitration may be assigned to each arbitrator as part of the batch unless the parties agree otherwise. Once all arbitrations in the foregoing process are complete, the parties will repeat the batch process in this paragraph until all remaining Mass Arbitrations have been arbitrated.

Courts will have authority to enforce the bellwether and mediation processes defined in this section and may enjoin the filing of lawsuits or arbitration demands not made in compliance with it.

j. 30-Day Right to Opt Out. You have the right to opt out of the arbitration requirement in this Section 16 by sending written notice of your decision to opt out to the following address: Nintendo of America Inc., Attn: CS Admin, 4600 150th Ave NE, Redmond, WA 98052 within 30 days of the date on which you have first agreed to be bound by this Agreement pursuant to its terms. Such notice must include the name of each person opting out, contact information for each such person, and the email address registered to your Nintendo Account. If you send timely written notice containing the required information, then the arbitration requirement in this Section 16 will not apply to you or Nintendo and the parties will settle any Claims on an individual basis in accordance with Section 18. If you do not send such notice, then you agree to be bound by the arbitration requirement in this Section 16.

## 17. Severability

If any part of this Agreement is determined to be unlawful, void or for any reason unenforceable, then that part will be severed from this Agreement and the remainder of the Agreement will remain intact. Without limiting the previous sentence, if the law in your jurisdiction limits the applicability to you of any provision of this Agreement, such provision shall remain applicable to you to the fullest extent permitted by applicable law. If we do not enforce any provision of this Agreement, that will not be considered a waiver of our rights. Any waiver of this Agreement must be in a written document signed by an authorized representative of Nintendo.

## 18. Governing Law; Venue

This Agreement and all Claims – including any claims Nintendo has that you have violated its intellectual property rights – shall be subject to and governed by, construed, and interpreted in accordance with the laws of the State of Washington, U.S.A., except for its conflict of law rules.

All Claims not subject to arbitration pursuant to Section 16 and that cannot be heard in small claims court will be resolved exclusively in the state and federal courts located in King County, Washington, U.S.A. You and Nintendo waive any objection to venue in the courts identified in this Section 18.

## 19. Contact Information

If you wish to contact Nintendo concerning the Nintendo Account Services, you may use the contact information provided at here.

## 20. Additional Terms for Customers Using Apple Devices

This Section 20 applies to users who use any Nintendo Account Services on smart device operating systems provided by Apple, Inc. (hereinafter "Apple"). In the event of conflict between this Section 20 and the Agreement, this Section 20 shall apply.

a. You acknowledge that this Agreement is concluded solely between you and Nintendo, and not with Apple. Nintendo, not Apple, is solely responsible for the Nintendo Account Services and the content thereof.

b. In addition to other restrictions stated in this Agreement, the license Nintendo grants you to Nintendo Account Services downloaded from Apple is non-transferable and may only be exercised to download and use the Nintendo Account Services on Apple-branded products that you own or control and only as permitted by the usage rules set forth in the Apple Media Services Terms and Conditions. Nintendo Account Services downloaded from Apple may, however, be accessed and used by other accounts associated with yours via family sharing or volume purchasing.

c. You acknowledge that Apple is not responsible for any product warranties, whether express or implied by law, with respect to the Nintendo Account Services. In the event of any failure of the Nintendo Account Services downloaded from Apple to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price, if any, paid to Apple for the Nintendo Account Services by you; and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the Nintendo Account Services. The parties acknowledge that to the extent that there are any applicable warranties, any other claims, losses, liabilities, damages, costs, or expenses attributable to any failure to conform to any such applicable warranty would be the sole responsibility of Nintendo. However, Nintendo has disclaimed all warranties of any kind with respect to the Nintendo Account Services, and therefore, there are no warranties applicable to the Nintendo Account Services.

d. Apple bears no responsibility for any claims by you or a third party related to your possession or use of the Nintendo Account Services, including the following:
(1) A claim of product liability;
(2) A claim that the Nintendo Account Services do not comply with applicable law and regulations;
(3) A claim based on any consumer protection, privacy, or similar legislation;
(4) A claim by you or a third party that the Nintendo Account Services or the use of the Nintendo Account Services by you infringes the intellectual property rights of you or a third party.

e. Maintenance and support. Nintendo is solely responsible for providing any maintenance and support services with respect to the Nintendo Account Services, as specified in this Agreement and as required under applicable law. You acknowledge and agree that Apple has no responsibility whatsoever to provide any maintenance or support services for the Nintendo Account Services.

f. The Nintendo Account Services are provided by Nintendo Co., Ltd., headquartered at 11-1 Hokotate-cho, Kamitoba, Minami-ku, Kyoto 601-8501, Japan. Please see Section 19 of this Agreement for contact information concerning the Nintendo Account Services.

g. You represent and warrant that you are not located in a US export-embargoed country or a country designated as a State Sponsor of Terrorism by the United States government and that you are not on any U.S. Government list of prohibited or restricted parties.

h. You acknowledge and agree that Apple and Apple's subsidiaries are third-party beneficiaries to this Agreement, and that, by acknowledging the provisions of this Agreement, you acknowledge that Apple has the right (and will be deemed to have accepted the right) to enforce this Agreement against you as third-party beneficiary.

## 21. Third-Party Rights

Except as expressly stipulated by this Agreement, this Agreement does not confer, and is not intended to confer, any right on any person, existing now or in the future, who is not a party to this Agreement.

END

Help          Nintendo Account User Agreement          Nintendo Privacy Policy          Official Nintendo Website          English (US)

© Nintendo