# EXHIBIT D

How can we help?

Home     Nintendo Switch     Using & Troubleshooting

# Nintendo Switch: User Agreement

Nintendo Switch, Nintendo Switch Lite, Nintendo Switch - OLED Model

- **End User License Agreement (EULA)**
- **Nintendo Privacy Policy**
- **Code of Conduct**
- **Nintendo Account User Agreement**

## End User License Agreement (EULA)

THIS IS AN IMPORTANT AGREEMENT THAT APPLIES TO YOUR USE OF THIS NINTENDO VIDEO GAME CONSOLE!

If you are under the age of 18 STOP! You must get your parent or legal guardian to read and accept this Agreement.

### End User License Agreement

This is an agreement (the "Agreement") between you and Nintendo of America Inc. (together with its affiliates, "Nintendo" or "we" or "our") and provides important information about your access to and use of this Nintendo video game console, its accessories, the Software (defined below), and any services available using this Nintendo video game console (the "Console").

Please read this Agreement carefully before using the Console. By clicking the "Accept" option, or by using the Console, you represent that you are 18 years of age or older (or the age of majority where you live) and agree to be bound by this Agreement. By clicking the "Accept" option, you acknowledge and agree that you are responsible for any use of the Console, including any use of the Console by other users, and are res_____ _____ _____ _____ _____ of the _____ comply with the terms of this Agreement and

If you purchased the Console from an authorized retailer but do not agree to the terms of this Agreement, you may return the Console for a refund in accordance with the applicable return policy. All other users of the Console who do not agree to this Agreement must not use the Console.

Some of the services available through the Console are subject to and governed by separate terms and conditions. We will make such terms and conditions available to you through the applicable service. Your acceptance of such terms and conditions is required for you to use the applicable services in connection with the Console.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISION IN SECTION 7 THAT AFFECTS YOUR RIGHTS UNDER THIS AGREEMENT AND WITH RESPECT TO ANY "CLAIM" (AS DEFINED IN SECTION 7) BETWEEN YOU AND NINTENDO. YOU HAVE THE RIGHT TO OPT OUT OF THE PROVISION AS DESCRIBED IN SECTION 7.

1. **License Grant/Restrictions.**
   Subject to the terms of this Agreement, you may use the software, content, and data that came with the Console, or that is compatible with or authorized for use in connection therewith, including any updates or replacement to that software, content, or data that we or our authorized providers make available to you (collectively, the "Software"). The Software is licensed, not sold, to you solely for your personal, noncommercial use on the Console. You may not publish, copy, modify, reverse engineer, lease, rent, decompile, disassemble, distribute, offer for sale, or create derivative works of any portion of the Software, or bypass, modify, defeat, tamper with, or circumvent any of the functions or protections of the Console, unless otherwise permitted by law. Content obtained through the use of an unauthorized device, or through the unauthorized modification of Console hardware or software, may be removed. You agree not to use the Console in an unlawful manner or to access the consoles, devices, accounts, or data of others (including Nintendo) without their (or our) consent.

2. **Updates.**
   The Console is constantly evolving, and we may update or change the Console, in whole or in part. Such updates or changes to all or a portion of the Console (an "Update" or "Updates") may be required for you to play games, enjoy features, software, data or content, or continue to access services available through the Console. Some of these Updates may be provided automatically without notice to you. You consent to Nintendo providing you with, and installing, automatic Updates to the Console in the background with or without notice to you. You agree that any Update is governed by this Agreement.

   After the Console is updated or changed (including without limitation in connection with an Update), any existing or future unauthorized modification of the Console or Software, or the use of an unauthorized device in connection with the Console, may render the Console and/or Software permanently unusable.

3. **Use of Informatio**

We may use and share information that you give to us and information that we collect when you use our products and/or services (including the Console) as described in our Privacy Policy, located on **support.nintendo.com**. This may include personally identifiable information as well as anonymous or aggregate information about your use of the Console or the Console's performance. We recommend that you review our Privacy Policy before each use of a Nintendo product or service to help you stay informed of our privacy practices. Our Privacy Policy is designed to help you understand the types of information that we collect, how we use and share the information and how the information is protected.

4. **Nintendo Intellectual Property/Reservation of Rights.**
Nintendo owns all right, title and interest (including all intellectual property rights) in, and has the right to use and sublicense, the Nintendo Intellectual Property utilized in connection with the Console. "Nintendo Intellectual Property" refers to all intellectual property, including but not limited to registered and unregistered trademarks, logos, registered and unregistered designs, copyrights, database rights, inventions, patents, trade secrets, know-how, and other confidential and proprietary information which Nintendo developed, owns or is granted a license to use. Neither the sale, transfer, license, nor the use of the Console transfers any title or ownership of any of our intellectual property rights, including without limitation the Nintendo Intellectual Property. We reserve all rights that we have not expressly granted in this Agreement. Nintendo reserves all rights in the Nintendo Intellectual Property.

5. **Termination.**
Your rights under this Agreement will immediately terminate if you do not comply with any term of this Agreement. At the time of any termination of this Agreement, you will immediately cease all use of the Console. Our failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of our rights.

6. **Disclaimer of Warranties and Limitation of Liability.**

A.  THE LIMITATIONS OF LIABILITY SET FORTH IN THIS SECTION WILL NOT LIMIT OR EXCLUDE LIABILITY FOR THE GROSS NEGLIGENCE, INTENTIONAL MISCONDUCT OR FRAUD OF NINTENDO.

B.  USE OF THE CONSOLE IS AT YOUR SOLE RISK. NINTENDO IS NOT RESPONSIBLE FOR ANY NON-NINTENDO SITES, SERVICES, APPLICATIONS, CONTENT, DATA, MESSAGES, OR OTHER ITEMS THAT YOU ACCESS, USE, OR SHARE VIA THE CONSOLE. EXCEPT FOR ANY LIMITED WARRANTY THAT APPLIES TO THE CONSOLE, NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY NINTENDO OR ITS REPRESENTATIVES CREATES A WARRANTY, THE CONSOLE IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND AND, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NINTENDO DISCLAIMS ALL WARRANTIES WITH RESPECT TO THE CONSOLE, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICU

C.  TO THE MAXIMUM EXTENT PERMITTED BY LAW, NINTENDO WILL NOT BE LIABLE TO YOU FOR ANY SPECIAL OR CONSEQUENTIAL DAMAGES OF ANY KIND ARISING OUT OF OR RELATING TO YOUR ACCESS, USE, MISUSE, OR INABILITY TO USE THE CONSOLE, EVEN IF NINTENDO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY LAW, NINTENDO'S AGGREGATE LIABILITY TO YOU IN CONNECTION WITH ANY CLAIMS ARISING OUT OF OR RELATING TO THE CONSOLE IS LIMITED TO THE AMOUNT YOU ACTUALLY PAID FOR THE CONSOLE.

D.  IF A LAW RESTRICTS OUR ABILITY TO LIMIT LIABILITY OR DISCLAIM WARRANTIES, THE LIMITATIONS LISTED ABOVE MAY NOT APPLY TO YOU. IN THAT CASE, WE LIMIT OUR LIABILITY AND DISCLAIM WARRANTIES TO THE GREATEST EXTENT PERMITTED BY LAW.

7.  **Dispute Resolution; Binding Individual Arbitration; Class Action Waiver.**

A.  Our consumer services department is available to address any concerns you may have regarding the Console. You may contact them by phone at 1-800-255-3700, by email at useragreement@noa.nintendo.com, or by regular mail sent to Nintendo of America Inc., Attn: User Agreement, 4600 150th Ave NE, Redmond, WA 98052 USA. Most matters are quickly resolved in this manner to our customer's satisfaction. Any matter we are unable to resolve and all disputes or claims arising out of or relating to this Agreement, including its formation, enforceability, performance, or breach (each, a "Claim"), with the exception of the matters described in section 7(C) below, shall be finally settled by binding arbitration administered by the American Arbitration Association in accordance with the provisions of its Commercial Arbitration Rules and the supplementary procedures for consumer-related disputes of the American Arbitration Association (the "AAA"), excluding any rules or procedures governing or permitting class actions. The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve all Claims. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator's award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. The parties understand that, absent this mandatory provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court. Any such arbitration shall be conducted by the parties in their individual capacities only and not as a class action or other representative action, and the parties waive their right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class-action waiver set forth in the preceding sentence is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provision set forth in this Section 7 shall be deemed null and void in its entirety and the parties shall be deemed to have not agreed to arbitrate Claims.

B.  The rules governing the arbitration may be accessed at www.adr.org or by calling the AAA at +1-800-778-_____ exceeds the initial filing fee _____ trator finds the

arbitration to be non-frivolous, we will pay all of the actual filing and arbitrator fees for the arbitration, provided your claim is less than $75,000. The arbitration rules also permit you to recover attorney's fees in certain cases.

C. Section 7(A) does not apply to any Claim (i) in which a party is attempting to protect its intellectual property rights (such as its patent, copyright, trademark, trade secret, or moral rights, but not including its privacy or publicity rights), or (ii) that may be brought in small-claims court.

D. 30-Day Right to Opt Out. You have the right to opt out of the provisions of this Section 7 by sending written notice of your decision to opt out to the following address: Nintendo of America Inc., Attn: CS Admin, 4600 150th Ave NE, Redmond, WA 98052 within 30 days of purchasing the Nintendo video game console. Your notice should include the serial number and, if applicable, your purchase receipt. If you send this notice, then Section 7 will not apply to either party. If you do not send this notice, then you agree to be bound by this Section 7.

8. **Enforcement.**
If any part of this Agreement is held to be invalid or unenforceable, that part will no longer apply to the parties but all other parts of the Agreement will remain in effect unless otherwise provided in this Agreement. If we do not enforce any provision of this Agreement, that will not be considered a waiver of our rights. Any waiver of this Agreement must be obtained in a written document signed by an authorized representative of Nintendo.

9. **Governing Law/Venue.**
This Section 9 shall apply in the event that a dispute or Claim is not governed by Section 7:

A. If you reside in the United States or a country other than Canada, this Agreement and any disputes arising in connection therewith shall be subject to and governed by, construed and interpreted in accordance with the laws of the State of Washington, U.S.A., except for its conflict of law rules, and the parties consent to the exclusive jurisdiction of the courts located in King County, Washington, U.S.A.

B. If you reside in Canada, this Agreement and any disputes arising in connection therewith shall be subject to and governed by, construed and interpreted in accordance with the laws of the Province of British Columbia, Canada, except for its conflict of law rules, and the parties consent to the exclusive jurisdiction of the courts located in British Columbia, B.C., Canada.

**By clicking the "Accept" option, you acknowledge that you have read and agree to be bound by the End User License Agreement.**

**Nintendo Privacy P**




Review our Privacy Policy.

## Code of Conduct

Review our Code of Conduct.

## Nintendo Account User Agreement

Review our Nintendo Account User Agreement.

---

Was this helpful?    Yes    No

**Top articles**

---

| About Nintendo | Shop | Orders |
| --- | --- | --- |
| Careers | Games | Order details |
| Corporate Social Responsibility | Hardware | Shipping info |
| | Merchandise | Refunds and returns |
| | Sales and deals | FAQ |
| | Exclusives | |
| | Online service | |
| | Nintendo Retail Locations | |

| Support | Parents | Privacy |
| --- | --- | --- |
| Nintendo Switch 2 | Info for parents | Privacy policy |
| Nintendo Switch | | and interest-ds |
| Nintendo Account | | |

**Apps and other products**

**Service Center**

**Nintendo product recycling**

**Warranty**

**Licensed product information**

**Community**

**Community guidelines**

**Online safety**

**Documents and policies**

**Health and safety precautions**

**Wireless regulatory info**

**Supply chain transparency**



© Nintendo. Games are property of their respective owners. Nintendo of America Inc. Headquarters are in Redmond, Washington, USA

Contact us     Terms of Use

 English

