**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| GREGORY HOFFERT and PRASHANT SHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NINTENDO OF AMERICA, INC.,<br><br>Defendant. | Case No. 2:26-cv-01360-RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Gregory Hoffert, by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he is voluntarily dismissing his individual claims only, without prejudice against the Defendant, Nintendo of America, Inc., ("Defendant"). Plaintiff Prashant Sharan's claims, individually, and on behalf of all others similarly situated are not impacted by Plaintiff Hoffert's dismissal of his individual claims only. Furthermore, Plaintiff Hoffert has not previously dismissed any claims in any federal or state action based on or including the same claims.

///



EMERY | REDDY, PC
600 STEWART STREET, SUITE 1100
SEATTLE, WA 98101
PHONE: (916) 823-6955 • FAX: (206) 441-9711

Dated: August 19, 2026

Respectfully submitted,

By: */s/ M. Anderson Berry*
M. Anderson Berry, WSBA No. 63160

By: */s/ Timothy Emery*
Timothy Emery, WSBA No. 34078

By: */s/ Brook Garberding*
Brook Garberding, WSBA No. 37140

Gregory Haroutunian*
Brandon P. Jack*
EMERY REDDY, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: 916.823.6955
*anderson@emeryreddy.com*
*emeryt@emeryreddy.com*
*brook@emeryreddy.com*
*gregory@emeryreddy.com*
*brandon@emeryreddy.com*

By: */s/ Jason T. Dennett*
Jason T. Dennett (WSBA No. 30686)

**MILBERG PLLC**
1700 7th Ave., Ste. 2100
Seattle, WA 98101
Tel: (866) 252-0878
Email: *jdennett@milberg.com*

Gary M. Klinger*
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
*gklinger@milberg.com*

Terence R. Coates*
Dylan J. Gould*
**MARKOVITS, STOCK**
**& DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700

*tcoates@msdlegal.com*
*dgould@msdlegal.com*

Zachary Arbitman*
Nicole A. Maruzzi*
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 567-8300
*zarbitman@feldmanshepherd.com*
*nmaruzzi@feldmanshepherd.com*

*Counsel for Plaintiffs*

**Pro Hac Vice* applications forthcoming